# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARTIN REED BROWN,
     Appellant,
vs.
THE STATE OF NEVADA,
     Respondent.

No. 70252

**FILED**

JUN 0 3 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
   DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

The notice of appeal was untimely filed. NRAP 4(b); NRS 34.575(1); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

16-17348

cc: Hon. William D. Kephart, District Judge
Travis E. Shetler
Martin Reed Brown
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk